### 18416. LEAKE *v.* CITY OF ATLANTA.

LUKE, J. The evidence, as shown by the untraversed answer of the trial magistrate, was sufficient to support the verdict; no error of law appears; and the judge of the superior court did not err in overruling and dismissing the certiorari.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

               DECIDED NOVEMBER 15, 1927.

Certiorari; from Fulton superior court—Judge Humphries. June 17, 1927.

*Claud Brackett,* for plaintiff in error.

*J. L. Mayson, C. S. Winn,* contra.

Certiorari, 11 C. J. p. 210, n. 37, 43.

---

### 18427. GUNN *v.* THE STATE.

LUKE, J. The defendant was charged with and convicted of being drunk on a public highway, which drunkenness "was made manifest by boisterousness, and by indecent condition and acting, and by vulgar, profane and unbecoming language, and loud and violent discourse." The evidence failed to sustain these allegations of the indictment; and under the evidence as to the defendant's condition it is not unreasonable to conclude that he did not go voluntarily upon the public highway, but was driven there by some one else and thereafter abandoned. The trial judge erred in overruling the motion for a new trial. See *Reddick* v. *State*, 35 *Ga. App.* 256 (132 S. E. 645); *Howell* v. *State*, 13 *Ga. App.* 74, 77, 78 (78 S. E. 859).

    *Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

               DECIDED NOVEMBER 15, 1927.

Drunkenness on highway; from Newton superior court—Judge Hutcheson. August 6, 1927.

*C. L. Redman,* for plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 70.